FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 NOV 16 PM 12: 22
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN GENCHI,<br><br>Defendant. | 8:21CR286<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1)<br>18 U.S.C. § 924(c)(1)(A) |

The Grand Jury charges that:

### COUNT I

On or about August 9, 2021, in the District of Nebraska, Defendant

**CHRISTIAN GENCHI**

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

Before **CHRISTIAN GENCHI** committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction for Possession with Intent to Deliver a Controlled Substance (28-416(1)) for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT II

On or about August 9, 2021, in the District of Nebraska, Defendant

**CHRISTIAN GENCHI**

did knowingly possess a firearm, to wit: a H & R Model 733 revolver, in furtherance of, a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

CRYSTAL C. CORREA,
Assistant United States Attorney

2